# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146284

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v
                                                   SC: 146284
                                                   COA: 302795
                                                   Genesee CC: 10-026419-FH

CHASON WILLIAM-GREGORY POINTER,
      Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the October 11, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to the Court of Appeals for reconsideration in light of *Evans v Michigan*, 568 US __; __ S Ct __; __ L Ed 2d __; 2013 WL 610197; 2013 US LEXIS 1614 (February 20, 2013).



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

s0422